UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

**Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert Wharmby

Case No.: 18-22442

Hearing Date: November 6, 2019

Judge: Rosemary Gambardella

# ORDER DENYING MOTION TO VACATE DISMISSAL ORDER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 18, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Robert Wharmby

Case No. 18-22442

Caption of Order: **ORDER DENYING MOTION TO VACATE DISMISSAL ORDER**

---

THIS MATTER having come before the Court on a Motion to Vacate Dismissal Order on November 6, 2019 and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the Motion to Vacate the Dismissal Order is hereby DENIED for lack of prosecution and without prejudice.