UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

**Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert Wharmby

Case No.: 18-22442

Hearing Date: November 6, 2019

Judge: Rosemary Gambardella

# ORDER DENYING MOTION TO VACATE DISMISSAL ORDER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 18, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Robert Wharmby

Case No. 18-22442

Caption of Order: **ORDER DENYING MOTION TO VACATE DISMISSAL ORDER**

---

THIS MATTER having come before the Court on a Motion to Vacate Dismissal Order on November 6, 2019 and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the Motion to Vacate the Dismissal Order is hereby DENIED for lack of prosecution and without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-22442-RG
Robert Wharmby                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
db              +Robert Wharmby,    658 Chesnut Avenue,    Teaneck, NJ 07666-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
              Alfred V Acquaviva    on behalf of Debtor Robert  Wharmby aacquaviva@avalawyers.com,
               Robert@sideofficesolutions.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-9CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-9CB rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4